UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANSSEN BIOTECH INC., ET AL., Plaintiffs, | ) | |
| v. | ) | |
| CELLTRION HEALTHCARE CO. INC., ET AL., Defendants. | ) | C.A. No. 15-10698-MLW<br>C.A. No. 16-11117-MLW |

ORDER

WOLF, D.J. December 23, 2016

For the reasons stated at the scheduling conference on December 22, 2016, it is hereby ORDERED that:

1. Defendant Hospira, Inc. ("Hospira") shall, by January 3, 2017, file a memorandum addressing whether a reasonable jury could find that Hospira is, with Celltrion Healthcare Co., Ltd. and Celltrion Inc., liable for inducing patent infringement under 35 U.S.C. §271(b) on theories of joint enterprise, agency, or contract.[1]

2. Plaintiffs shall respond by January 12, 2017.

3. Hospira shall, by January 17, 2017, file any reply.

---

[1] The parties conferred and jointly requested the January 3, 2017 filing date.

4. The parties shall promptly exchange, pursuant to a mutually agreeable protective order, the sales and profit information necessary for an informed discussion concerning settlement.

5. The parties shall, by January 10, 2017, confer and report, under seal, whether they have agreed to a settlement concerning this whole case, or the part of it relating to the '083 Patent, and, if the case is not settled, a statement of their respective positions.

6. If a settlement concerning at least the '083 Patent is not agreed upon, a representative of each party with full settlement authority shall attend the pretrial conference on January 24 and 25, 2017.

UNITED STATES DISTRICT JUDGE